IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM CLYDE ALLEN III,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GINA HASPEL et al.,<br><br>　　　　　　　　Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 1:19-CV-72 CW<br><br>District Judge Clark Waddoups |

　　　　Plaintiff, William Clyde Allen III, filed a prisoner civil-rights complaint. 42 U.S.C.S. § 1983 (2020). He now moves to dismiss it. (ECF No. 9.) Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request."

　　　　IT IS ORDERED that Plaintiff's motion to dismiss his complaint is GRANTED. (ECF No. 9.) This action is CLOSED.

　　　　DATED this 22nd day of April, 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_/s/ Clark Waddoups_
　　　　　　　　　　　　　　　　JUDGE CLARK WADDOUPS
　　　　　　　　　　　　　　　　United States District Court